and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante,* p. 220.

No. 86–1376. A. G. BECKER INC. v. FIRST BISCAYNE CORP. ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante,* p. 220.

No. 86–5842. WILKERSON v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. 86–6360. PATTERSON v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. 86–6422. ABBOTT v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. A–835 (86–1947). QUALITY ALUMINUM PRODUCTS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–915. WINGO v. BUTLER, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execu-

tion in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. A–916.  WINGO v. BUTLER, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. 85–1765.  BANKERS LIFE & CASUALTY CO. v. CRENSHAW. Sup. Ct. Miss.  [Probable jurisdiction noted, 480 U. S. 915.]  Motion of Alliance of American Insurers et al. for leave to file a brief as *amici curiae* granted.  JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 86–492.  BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE v. UNITED TECHNOLOGIES CORP. C. A. 4th Cir.  [Certiorari granted, 479 U. S. 1029.]  Motion of petitioner for additional time for oral argument denied.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 86–595.  UNITED STATES v. FAUSTO.  C. A. Fed. Cir. [Certiorari granted, 479 U. S. 1029.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–714.  WESTFALL ET AL. v. ERWIN ET UX.  C. A. 11th Cir.  [Certiorari granted, 480 U. S. 905.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–1521.  UNITED STATES v. WELLS FARGO BANK ET AL. D. C. C. D. Cal.  [Probable jurisdiction noted *sub nom. United States* v. *Crocker National Bank*, 481 U. S. 1047.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.